# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ASHLEY CASWELL,<br><br>               Plaintiff,<br><br>v.<br><br>ETOWAH COUNTY SHERIFF JONATHON HORTON, *in his individual capacity, et al.*,<br><br>               Defendants. | CIVIL ACTION NO. 4:23-cv-01380-ACA-NAD |

## JOINT STATUS REPORT

The Parties, through their attorneys, submit the following joint status report pursuant to the Court's Second Amended Scheduling Order (ECF No. 116):

    1.    Plaintiff and County Defendants[1] entered into a settlement agreement on June 13, 2025. Per the terms of the settlement agreement, the parties will file a joint motion for entry of stipulation and proposed order of dismissal on or before July 25, 2025.

    2.    Plaintiff and Defendant CED entered into a settlement agreement on June 13, 2025. Per the terms of the settlement agreement, the parties will file a joint

---

[1] County Defendants include Etowah County, Sheriff Jonathon Horton, Keith Peek, Zoey Randolph, Jennifer McIntyre, Chellsea Davis, Lynne Holliday, Jerry King, and Chris Thornton.

motion for entry of stipulation and proposed order of dismissal on or before July 25, 2025.

3. Plaintiff and DCP Defendants[2] reached an agreement in principle regarding settlement and executed a memorandum of understanding during the June 18, 2025 mediation before Magistrate Judge England. Plaintiff and DCP Defendants expect to enter into a finalized settlement agreement shortly and will file a joint motion for entry of stipulation and proposed order of dismissal pursuant to the terms of that agreement.

The Parties request that this matter be closed after the third and final stipulation of dismissal is filed. Concurrent with the stipulations, the Parties anticipate jointly moving the Court to retain jurisdiction in order to enforce, if necessary, the terms of the settlement agreements.

---

[2] DCP Defendants include Doctors' Care Physicians, P.C., Dr. Roger S. Buck, Dr. Thomas A. Page, Cassi R. Peek, Lynda Dillard, Martha Lopez, Dennis Presley, and Kristen Ward.

Dated: June 30, 2025

| | |
|---|---|
| */s/ Joel A. Williams* | */s/ Stephanie M. Kelly* |
| Joel A. Williams (WIL121) | Sharon Cohen Levin (*pro hac vice*) |
| James W. Moss (MOS022) | Beth D. Newton (*pro hac vice*) |
| Carmen Paige | Jessica Klein (*pro hac vice*) |
| Friedman, Dazzio & Zulanas, P.C. | Stephanie M. Kelly (*pro hac vice*) |
| 3800 Corporate Woods Drive | Madeline B. Jenks (*pro hac vice*) |
| Birmingham, Alabama 35242 | Bailey N. Springer (*pro hac vice*) |
| Telephone: (205) 278-7072 | SULLIVAN & CROMWELL LLP |
| Facsimile: (205) 278-7001 | 125 Broad Street |
| jwilliams@friedman-lawyers.com | New York, New York 10004-2498 |
| jmoss@friedman-lawyers.com | Telephone: (212) 558-4000 |
| cpaige@friedman-lawyers.com | Facsimile: (212) 558-3588 |
| | levinsc@sullcrom.com |
| *Attorneys for Defendants Doctors' Care Physicians, P.C., Dr. Roger S. Buck, Dr. Thomas A. Page, Cassi R. Peek, Lynda Dillard, Martha Lopez, Dennis Presley, and Kristen Ward* | Rebecca Ramaswamy |
| | SOUTHERN POVERTY LAW CENTER |
| | 400 Washington Avenue |
| | Montgomery, Alabama 36104 |
| | Telephone: (334) 956-8200 |
| | rebecca.ramaswamy@splcenter.org |
| | |
| | Andrea Alajbegovic (*pro hac vice*) |
| | SOUTHERN POVERTY LAW CENTER |
| | 111 East Capitol St., Suite 280 |
| | Jackson, Mississippi 39201 |
| | Telephone: (601) 265-8309 |
| | andrea.alajbegovic@splcenter.org |
| | |
| | Emma Roth (*pro hac vice*) |
| | PREGNANCY JUSTICE |
| | 575 Eighth Avenue, F. 7N |
| | New York, New York 10018 |
| | Telephone: (212) 255-9252 |
| | emma.r@pregnancyjusticeus.org |
| | |
| | *Attorneys for Plaintiff Ashley Caswell* |

*/s/ Joshua B. Sullivan*
Joshua B. Sullivan, Esq.
Knowles & Sullivan, LLC
413 Broad Street
Gadsden, Alabama 35901
Telephone: (256) 547-7200
Facsimile: (256) 467-6322
josh@kkslawgroup.com

*Attorney for Defendant Etowah-Dekalb-Cherokee Mental Health Board, Inc., a/k/a CED Mental Health Services*

*/s/ J. Randall McNeill*
J. Randall McNeill (ASB-4841-E29J)
Fred L. Clements, Jr. (ASB-5682-R39C)
Donavon McGuire (ASB-6072-G40P)
Webb McNeill Walker PC
One Commerce Street, Suite 700
Post Office Box 238
Montgomery, Alabama 36101-0238
Telephone: (334) 262-1850
Facsimile: (334) 262-1889
rmcneill@wmwfirm.com
fclements@wmwfirm.com
dmcguire@wmwfirm.com

*Attorneys for Defendants Etowah County, Sheriff Jonathon Horton, Keith Peek, Zoey Randolph, Jennifer McIntyre, Chellsea Davis, Lynne Holliday, Jerry King, and Chris Thornton*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Joel A. Williams (WIL121)
James W. Moss (MOS022)
Friedman, Dazzio & Zulanas, P.C.
3800 Corporate Woods Drive
Birmingham, Alabama 35242
Telephone: (205) 278-7072
Facsimile: (205) 278-7001
jwilliams@friedman-lawyers.com
jmoss@friedman-lawyers.com
mthornton@friedman-lawyers.com

*Attorneys for Defendants Doctors' Care Physicians, P.C., Dr. Roger S. Buck, Dr. Thomas A. Page, Cassi R. Peek, Lynda Dillard, Martha Lopez, Dennis Presley, and Kristen Ward*

Joshua B. Sullivan, Esq.
Knowles & Sullivan, LLC
413 Broad Street
Gadsden, Alabama 35901
Telephone: (256) 547-7200
Facsimile: (256) 467-6322
josh@kkslawgroup.com

*Attorney for Defendant Etowah-Dekalb-Cherokee Mental Health Board, Inc., a/k/a CED Mental Health Services*

J. Randall McNeill (ASB-4841-E29J)
Fred L. Clements, Jr. (ASB-5682-R39C)
Donavon McGuire (ASB-6072-G40P)
Webb McNeill Walker PC
One Commerce Street, Suite 700
Post Office Box 238
Montgomery, Alabama 36101-0238
Telephone: (334) 262-1850
Facsimile: (334) 262-1889
rmcneill@wmwfirm.com
fclements@wmwfirm.com
dmcguire@wmwfirm.com

*Attorneys for Defendants Etowah County, Sheriff Jonathon Horton, Keith Peek, Zoey Randolph, Jennifer McIntyre, Chellsea Davis, Lynne Holliday, Jerry King, and Chris Thornton*

/s/ *Stephanie M. Kelly*
Stephanie M. Kelly
Sullivan & Cromwell LLP
1700 New York Ave., Suite 700
Washington, DC 20006
Telephone: (202) 956-7500
Facsimile: (202) 293-6330
kellys@sullcrom.com